CIVIL CALENDAR

BEFORE: AMON, J.    DATE: January 19, 2010    TIME: 2:00pm

IN PERSON                               Length of proceedings - 20 min
TELEPHONE   xxx

COURT REPORTER -    Michelle Nardone
LAW CLERK       -    Laura Wexler

DOCKET NO.          CV-08-0672
CASE CAPTION        John Sullivan v. North Babylon Union Free School District

PURPOSE OF CONFERENCE - Telephone Conference - Oral ruling

APPEARANCES:    For Plaintiff(s)    Michael O'Neill
                For Defendant(s)    Lewis Silverman

................................................................................

## MINUTE ENTRY

Telephone Conference held before Judge Amon.
The Court orally ruled on defendants' motion for summary judgment.
A short order will follow based on that oral ruling.
A settlement conference is scheduled for Friday, January 22, 2010 at 2:00pm in Courtroom 10 D to discuss the remaining claims in this case.