CIVIL CALENDAR

BEFORE: AMON, J.          DATE: January 22, 2010          TIME: 2:00pm

IN PERSON  xxx                                            Length of proceedings - 1 hour

*COURT REPORTER* -   Loan Hong (ESR)
*LAW CLERK* -        Laura Wexler

DOCKET NO.          CV-08-672
CASE CAPTION        Sullivan v. North Babylon Union Free District

PURPOSE OF CONFERENCE - Settlement

APPEARANCES:   For Plaintiff(s)    Michael O'Neill
               For Defendant(s)    Lewis Silverman

........................................................................................................

## MINUTE ENTRY

Settlement conference held before Judge Amon.
Defendant is to file his motion in limine as to the three evidentiary issues discussed at the conference by February 12, 2010.
Plaintiff's response due by February 26, 2010.
Defendant's reply due March 5, 2010.
Voir dire request and jury instructions are to be filed by April 16, 2010.
A pretrial conference is set for April 30, 2010 at 4:30pm.
Trial is set for May 10, 2010.