```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                                          |
JOHN SULLIVAN, individually and                           |
as a parent and natural guardian of                       |
Patrick Sullivan, a minor,                                |
                                                          |
           Plaintiff,                                     |   NOT FOR PUBLICATION
                                                          |   08-CV-672 (CBA) (JO)
        -against-                                         |
                                                          |
NORTH BABYLON UNION FREE                                  |
SCHOOL DISTRICT, YVETTE GUZMAN,                           |
BARBARA BROWN, MICHAEL                                    |
VERGANO and JACK CATTONE                                  |
                                                          |
           Defendants.                                    |
                                                          |
----------------------------------------------------------X
```

Amon, United States District Judge:

      Plaintiff John Sullivan has brought a 42 U.S.C. § 1983 claim against defendants, alleging that on February 18, 2005 defendants violated his son Patrick's Fourth Amendment constitutional rights by conducting an illegal search of Patrick's person and his backpack. In Plaintiff's Rule 56.1 Counterstatement of Disputed Facts, plaintiff offered the following: "Patrick Sullivan has turned 18 and therefore is the real party in interest. Patrick should be substituted as the party plaintiff." (Pl.'s Rule 56.1 Counterstatement, ¶ 2.) Defendants responded in "Defendants' Local Rule 56.1 Counterstatement of Facts in Response," that they had "no objection to Patrick Sullivan ("Patrick") being substituted as the plaintiff." (Def.'s Rule 56.1 Counterstatement Resp., ¶ 2.)

      Accordingly, the Court substitutes Patrick Sullivan as the party plaintiff in place of John Sullivan.

      SO ORDERED.

Dated: Brooklyn, New York
         May 7, 2010

                                                                  _/s/_____
                                                                    Carol Bagley Amon
                                                                    United States District Judge